UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BETTINA SCAGGS,

    Plaintiff,

v.                                                    Case No.  6:13-cv-1759-Orl-37TBS

THE MONTESSORI SCHOOL OF
CELEBRATION FOUNDATION, INC.,

    Defendant.
_____/

ORDER

Upon due consideration, Plaintiffs' Unopposed Motion for Extension of Time to File Their Response to Defendant, Montessori School of Celebration Foundation, Inc.'s Motion to Dismiss (Doc. 30) is GRANTED.  Plaintiffs shall file their response to Defendant Montessori School of Celebration Foundation, Inc.'s third motion to dismiss on or before April 28, 2014.

DONE AND ORDERED in Orlando, Florida, on April 7, 2014.

*[Signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel